IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENAH D. ALFORD, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. H-12-3702 |
| REMEDY INTELLIGENT STAFFING INC., SHELL E&P CO. | § § § |
| Defendants. | § § |

ORDER STAYING AND ADMINISTRATIVELY CLOSING

Defendant, Remedy Intelligent Staffing, Inc., filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 14-10717 (KJC) on April 1, 2014. A petition filed under 11 U.S.C. §§ 301, *et seq.*, operates as a stay of a judicial proceeding against the debtor that was commenced before the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). Because the case against the codefendant is so closely related to the case against Remedy Intelligent Staffing, Inc. through a contractual relationship which includes an indemnity provision, (Docket Entry No. 20, Ex. A-1 at 24–25), this case is administratively closed. *See Reliant Energy Servs., Inc. v. Enron Canada Corp.*, 349 F.3d 816, 825 (5th Cir. 2003). The plaintiff may reinstate this case to the active docket on notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided the notice is filed within 30 days after the bankruptcy stay is discontinued. Any pending motions are denied without prejudice and may be reurged when the case is reinstated to the active docket.

SIGNED on April 29, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge